United States District Court for the Western District of Kentucky
Case 3:20-cr-00048-DJH   Document 2   Filed 06/17/20   Page 1 of 1 PageID #: 5
Page 1 of 1



## Case Assignment
## Standard Criminal Assignment

Case number **3:20CR-48-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 6/17/2020 3:00:17 PM
Transaction ID: 36840

Request New Judge    Return