FILED
VANESSA L. ARMSTRONG, CLERK

JUN 17 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:20-CR-48-DJH |
| JIMMY KWIZERA | DEFENDANT |

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Jo E. Lawless, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Fed. R. Crim. P. 6(e) to order and direct that the indictment returned by the Federal Grand Jury this 17th day of June, 2020, charging the above-named defendant with violations of 18 U.S.C. §§ 1470 and 2422(b), be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*Jo Lawless*

Jo E. Lawless
Assistant United States Attorney