UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                CRIMINAL ACTION NO. 3:20-cr-48-DJH

JIMMY KWIZERA                                               DEFENDANT

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant

with violations of 18 U.S.C. §§ 1470 and 2422(b), is hereby ORDERED to be kept secret until

the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted,

and no person shall disclose the return of this indictment or any warrant or order issued pursuant

thereto, except as necessary for the issuance and execution of warrant for the arrest of the

defendant.

This 17th day of _____June_____, 20 20 .

_____
REGINA S. EDWARDS
United States Magistrate Judge

**ENTERED**
VANESSA L. ARMSTRONG, CLERK

JUN 17 2020

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

K. Davis