USDC KYWD - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**     **PLAINTIFF**

**VS.**     **CRIMINAL ACTION NUMBER: 3:20-CR-48-DJH**

**JIMMY KWIZERA**     **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge on June 19, 2020 to conduct an initial appearance by video.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant Jimmy Kwizera - Present and in custody at the Oldham County Jail |
| Court Reporter: | Terri Turner |

Upon motion of the United States to unseal the Indictment,

**IT IS HEREBY ORDERED** that the Indictment is **UNSEALED**

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein and was advised of his rights. The defendant advised the Court that he would retain counsel for future proceedings.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this case is scheduled for arraignment proceedings and a detention hearing on <u>**June 23, 2020 at 11:00 a.m.**</u>, **via videoconference,** before the Honorable Regina S. Edwards, United States Magistrate Judge.

This 19th day of June, 2020     **ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

0|10