**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

**UNITED STATES OF AMERICA**     **PLAINTIFF**

**VS.**     **CRIMINAL ACTION NO. 3:20-CR-48-DJH**

**JIMMY KWIZERA**     **DEFENDANT**

**O R D E R**

This matter came before the Court, by video, on June 23, 2020 for arraignment proceedings and a detention hearing. The United States was represented by Jo E. Lawless, Assistant United States Attorney. The defendant, Jimmy Kwizera, appeared in custody. The proceedings were recorded by April Dowell, Official Court Reporter.

The defendant advised the Court that he was unable to retain counsel. The Court questioned the defendant under oath and found the defendant to be eligible for appointed counsel. The Office of the Federal Defender was appointed to represent the defendant.

**IT IS HEREBY ORDERED** that this matter is **CONTINUED** to **June 24, 2020 at 9:30 a.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant shall remain in custody pending further order of the Court.

Date: June 23, 2020     **ENTERED BY ORDER OF THE COURT
REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE
VANESSA L. ARMSTRONG, CLERK
By:**    */s/ Ashley Henry*
    **Deputy Clerk**

Copies to:
United States Attorney
United States Probation
Counsel for Defendant

0|10