UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF


vs.                                      CRIMINAL ACTION NO. 3:20CR48-DJH


JIMMY KWIZERA                                              DEFENDANT


*Electronically Filed*
**MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND FOR
PROTECTIVE ORDER**

Comes the United States of America, by counsel, Assistant United States Attorney Jo E.
Lawless, and moves the Court for an extension of time in which to complete discovery and for
entry of the accompanying Protective Order.

The United States provided initial discovery to the defense at the time of the detention
hearing.   Additional time is needed to complete discovery.

The United States is aware of its discovery obligations.   The details of the undercover
persona (including photographs), and investigative techniques specific to this case are also
employed in other investigations.   In order to protect the integrity of those ongoing
investigations, it is respectfully requested that the Court direct that the materials and information
provided by the United States to the defense on these issues be maintained in a secure manner.
The United States requests that only individuals with a legal reason to know the information
have access to the information.   At least one exhibit covering some of the materials was
introduced during the detention hearing.   The exhibit was admitted under seal.   Recognizing
that counsel has an obligation to share the contents of the materials with the defendant, it is

respectfully requested that no copies of the additional discovery be made or distributed.

Respectfully Submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5912 (fax)

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on defense counsel through the Court's ECF system on July 22, 2020.

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney

2