UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                                    CRIMINAL ACTION NO. 3:20CR48-DJH

JIMMY KWIZERA                                                                          DEFENDANT

## ORDER

This matter is before the Court on motion of the United States of America for an extension of time in which to complete discovery and for entry of a Protective Order.  **IT IS ORDERED** as follows:

1. The motion is **GRANTED**;

2. Counsel shall have an additional seven days from entry of this Order in which to complete discovery;

3. All materials provided by the United States to the defense to meet discovery obligations as related to the methods and specifics of the undercover persona and investigative techniques shall not be shared or distributed to any person or entity unless the person or entity is involved in preparation of the defense in this action; and

4. Counsel may share information specifically pertaining to the online persona, including but not limited to photographs, identities and agreements for use of said photographs with the defendant, but no copies shall be made or distributed.