UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:20-cr-48-DJH

JIMMY KWIZERA, Defendant.

\* \* \* \* \*

## ORDER

The United States having moved for an extension of time to complete discovery and for a protective order (Docket No. 14), it is hereby

**ORDERED** that the defendant shall respond to the government's motion within **seven (7) days** of entry of this Order.