Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

CRIMINAL ACTION NO. 3:20CR-48-DJH
UNITED STATES OF AMERICA,                        PLAINTIFF,

vs.

JIMMY KWIZERA                              DEFENDANT.

## DEFENDANT RESPONSE TO UNITED STATES' MOTION FOR EXTENSION

Comes the defendant, Jimmy Kwizera, by counsel, and hereby states that he has no objection to the United States' Motion for Extension of Time to Complete Discovery and Protective Order. (R.14).

                                    s/ Aaron M. Dyke
                                    Assistant Federal Defender
                                    200 Theatre Building
                                    629 S. Fourth Avenue
                                    Louisville, Kentucky 40202
                                    (502) 584-0525

                                    Counsel for Defendant.

**CERTIFICATE**

      I certify that a copy of the foregoing was served on the United States by ECF filing same to its counsel of record, Marisa Ford, Assistant United States Attorney, this 23rd day of July, 2020.

s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2