UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                Plaintiff,

v.                                                                     Criminal Action No. 3:20-cr-48-DJH

JIMMY KWIZERA,                                                                                          Defendant.

\* \* \* \* \*

## **MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on August 28, 2020, with the following counsel participating:

    For the United States:    Jo Lawless

    For Defendant:    Aaron Dyke

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    The trial of this matter, currently set for September 28, 2020, is **REMANDED** from the Court's docket.

(2)    By agreement of the parties, this matter is set for a change-of-plea hearing on **September 3, 2020, at 1:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(3)    Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from August 28, 2020, to September 3, 2020, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a

1

2

continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Court Time: 00/10
Court Reporter: April Dowell

cc:     Jury Administrator