UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                                  CRIMINAL ACTION NO. 3:20CR48-DJH

JIMMY KWIZERA                                                          DEFENDANT

## **ORDER**

This matter is before the Court on motion of the United States of America for leave to file a sealed document, *i.e.*, sentencing memorandum.  **IT IS ORDERED** that the motion is **GRANTED**.