UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED JS
JS DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

20 DEC 10 PM 2: 23

UNITED STATES OF AMERICA,            Plaintiff,

v.            Criminal Action No. 3:20-cr-48-DJH

JIMMY KWIZERA,            Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

December 10, 2020
Date

_[signature]_
Defendant's Signature