UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                        CRIMINAL ACTION NO. 3:20-CR-48-DJH

JIMMY KWIZERA                                                    DEFENDANT

NOTICE OF APPEARANCE OF COUNSEL
- *Electronically Filed* -

Assistant United States Attorney Amy Sullivan hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/ *Amy Sullivan*
Amy Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911
Email:  amy.sullivan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to counsel of record.

s/ *Amy Sullivan*
Amy Sullivan
Assistant United States Attorney