United States District Court
Western District of Kentucky
at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | **CRIMINAL ACTION NUMBER: 3:20CR-48-DJH** |
| **JIMMY KWIZERA** | **DEFENDANT** |

## ORDER

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge on March 4, 2024, to conduct an initial appearance on a petition for violation of supervised release. The defendant was present and in custody. Assistant United States Attorney A. Spencer McKiness, on behalf of Amy Sullivan, appeared on behalf of the United States. The proceeding was digitally recorded.

The defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the nature of the violations contained therein and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Western Kentucky Federal Community Defender to represent the defendant. Assistant Federal Defender Pat Bouldin was present in the Courtroom and accepted the appointment on behalf of the office.

The defendant, through counsel, elected to waive his right to a preliminary hearing.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that a detention hearing is scheduled for **March 5, 2024, at 1:30 p.m.** in Courtroom, before the Honorable Colin H. Lindsay, United States Magistrate Judge  The defendant is remanded to custody of United States Marshals Service pending further order of Court.

March 5, 2024

:10

*Colin Lindsay*
Colin H Lindsay, Magistrate Judge
United States District Court
