**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

vs.                                             **CRIMINAL ACTION NO. 3:20-CR-48-DJH**

**JIMMY KWIZERA**                                                  **DEFENDANT**

### ORDER

This matter came before the undersigned on March 5, 2024, for a detention hearing. Assistant United States Attorney Amy Sullivan appeared on behalf of the United States. The defendant appeared in custody with Aaron Dyke, appointed counsel. The hearing was digitally recorded.

By agreement of counsel and United States Probation, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant shall be released from custody at 8:00 a.m. on March 6, 2024. Upon release, the defendant shall report immediately to United States Probation. The defendant shall remain on current conditions of release with the following additional conditions:

(1) The defendant is placed on home detention with location monitoring and a curfew to be determined by United States Probation;

(2) A complete ban on computer use (or other internet accessible device), plus all internet capable devices located in residence must be password protected.

(3) The defendant must submit to a drug treatment evaluation and treatment if recommended.

**IT IS FURTHER ORDERED** that a final revocation hearing is scheduled for **June 6, 2024, at 9:30 a.m.** in Louisville Courtroom before the Honorable David J. Hale, United States District Judge.

March 11, 2024

Colin H Lindsay, Magistrate Judge
United States District Court

|28